In the Matter of the Claim of ATHENE ROTHKOPF, Appellant, against BENRUS WATCH COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.—

All concur.